COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| URIEL CHAVIRA, Individually and d/b/a MEXICO LINDO and LOS PAISANOS AUTOBUSES, INC., | § § § | No. 08-11-00186-CV |
| Appellants, | § | Appeal from the |
| v. | § | 327th District Court |
| | § | of El Paso County, Texas |
| ALBINO GAYTAN PIÑA, Individually and as the Personal Representative of the Estate of Teresa Lozano Acevedo, Deceased, et al., | § § | (TC# 2005-8265) |
| Appellees. | | |

## MEMORANDUM OPINION

The parties have filed a joint motion stating that they have fully resolved and settled all issues in dispute and asking that we render judgment in favor of Appellees, and against Appellants, in the amount of $5,000,000.00 to effectuate their settlement agreement. *See* TEX.R.APP.P. 42.1(a)(2)(A)(permitting appeals court to dispose of appeal by rendering judgment effectuating the parties' agreement); TEX.R.APP.P. 43.2(c)(permitting appeals court to reverse the trial court's judgment and render the judgment the trial court should have rendered). The motion does not, however, recite any agreement of the parties as to costs.

Because Appellants and the attorneys representing Appellees have signed the settlement agreement and filed it with the Clerk of this Court, we grant the motion.[1] *See* TEX.R.APP.P.

---

[1] In response to this Court's order dated May 30, 2012 informing the parties that there was an error in the settlement agreement concerning the percentages attributable to the Appellees, the parties filed a joint response signed by their attorneys incorporating a revised settlement agreement reflecting the correct allocation of percentages. Although the settlement agreement itself was not re-executed, the joint response states: "[a]s shown by the signature of the

42.1(a)(2)(A)(requiring settlement agreement to be signed by the parties or their attorneys and filed with the clerk before appeals court can render judgment in accordance with the agreement). Without reference to the merits, the judgment of the trial court is reversed and judgment is rendered in favor of Appellees, and against Appellants, in the amount of $5,000,000, to be divided, as agreed to by the parties, among Appellees on the following pro rata basis:

| Name of Party | Allocation | Percent |
|---|---|---|
| Albino Gaytan Piña, as Personal Representative of the Estate of Teresa Lozano Acevedo, Deceased | $ 136,891.96 | 2.697839060 |
| Albino Gaytan Piña, Individually | $ 633,373.63 | 12.667472634 |
| Jose Guadalupe Gaytan Lozano | $ 88,304.83 | 1.766096638 |
| Luz Maria Gaytan Lozano | $ 88,304.83 | 1.766096638 |
| Maria Elena Gaytan Lozano | $ 88,304.83 | 1.766096638 |
| Clara Gaytan Lozano | $ 88,304.83 | 1.766096638 |
| Gloria Gaytan Lozano | $ 128,908.47 | 2.578169275 |
| Josefa Marquez Ocana, as Personal Representative of the Estate of Ascencion Ramirez Caravco, Deceased | $ 111,686.88 | 2.233737554 |
| Josefa Marquez Ocana, Individually | $ 795,788.16 | 15.915763179 |
| Elisa Ramirez Marquez | $ 88,304.83 | 1.766096638 |
| Manuela Yasmin Ramirez Marquez | $ 88,304.83 | 1.766096638 |
| Jorge Alonzo Ramirez Marquez | $ 88,304.83 | 1.766096638 |
| Maria Aguilar | $ 774,557.67 | 15.491153377 |
| Roberto Pacheco | $ 1,475,710.05 | 29.514201033 |
| Ariosto Manriquez | $ 30,369.79 | 0.607359829 |
| Manuel Parra | $ 87,972.21 | 1.759444200 |

---

attorneys for all parties below, the parties are in agreement . . . ."

| | | |
|---|---|---|
| Magdeleno Borrego-Lares | $ 208,607.37 | 4.172147393 |
| **Total** | **$ 5,000,000.00** | **100.00%** |

We assess all costs of this appeal against Appellants. *See* TEX.R.APP.P. 42.1(d)(requiring appeals court to assess costs against appellant absent an agreement by the parties).


July 5, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.